FILED
DEC 3 0 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCELINO AREVALO,           )
                             )
            Plaintiff,       )
                             )
v.                           )   Civil Action No. **10 2334**
                             )
RIGOBERTO CARDERON MONGE,    )
                             )
            Defendant.       )

## MEMORANDUM OPINION

This matter is before the Court upon consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff brings this civil action against the driver of a vehicle which struck and injured him on December 8, 2007 in the District of Columbia. He demands compensation for medical expenses incurred and for pain and suffering.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Plaintiff neither establishes federal question jurisdiction by stating a claim under the Constitution, laws or treaties of the United States, nor establishes diversity jurisdiction by alleging that the parties are citizens of different states.

The Court will dismiss the complaint without prejudice for lack of subject matter

jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

/s/ MMRoberts
United States District Judge

DATE: 12/20/10